UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

WILMA and TERRY PORTER,            )
                                   )
            Plaintiffs,            )
                                   )
v.                                 )        Case No. CIV-25-187-R
                                   )
STATE FARM FIRE AND CASUALTY       )
COMPANY, et al.,                   )
                                   )
            Defendants.            )

## ORDER

The following motions are fully briefed and pending before the Court: Plaintiffs' Motion to Compel [Doc. Nos. 33, 38, 40, 45]; State Farm's Motion for Protective Order and to Quash Notice of Rule 30(b)(6) Deposition [Doc. Nos. 37, 39, 41], and State Farm's Motion for Protective Order and to Quash Deposition Notice of Nicole Manduca [Doc. Nos. 70, 78, 76, 79, 80].

The disputes raised in Plaintiffs' Motion to Compel and State Farm's Motion for Protective Order and to Quash Notice of Rule 30(b)(6) Deposition are nearly identical to the discovery disputes the Court addressed in *Barlow v. State Farm Fire & Cas*. Co., No. CIV-25-44-R (W.D. Okla. May 12, 2026). Accordingly, for the reasons stated in *Barlow*, Plaintiffs' Motion to Compel is granted in part and denied in part. State Farm's Motion for Protective Order and to Quash Notice of Rule 30(b)(6) Deposition is granted in part, and the parties are directed to confer in a good faith effort to narrow the topics. If there are any remaining disputes, either party may assert those in a separate motion.

For the reasons stated in *Cook v. State Farm Fire & Cas. Co.*, No. CIV-25-1098-R, (W.D. Okla. May 7, 2026), the Motion for Protective Order and to Quash Deposition Notice of Nicole Manduca is DENIED. The Court further finds consolidation of Ms. Manduca's deposition with the deposition ordered in *Wiesman v. State Farm Fire & Cas. Co.,* No. CIV-25-00050-JD (W.D. Okla. April 3, 2026) is warranted. S*ee Cook v. State Farm Fire & Cas. Co.*, No. CIV-25-1098-R, (W.D. Okla. May 7, 2026).

Last, the Court finds the stay of this case should be, and is hereby, lifted. The parties are directed to submit a proposed amended scheduling order and a proposed amended deadline to respond to State Farm's Motion for Summary Judgment and Motion to Strike within 30 days of this order.

IT IS SO ORDERED this 12th day of May, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

2